No. 15–0289/AF. U.S., Appellant v. Roy A. Bowser, Appellee. CCA 2014–08. On consideration of the certificate for review and Appellant's brief in support of the certified issues, dated January 5, 2015, under C.A.A.F. R. 15(a), and MODEL RULES OF PROF'L CONDUCT R. 3.3(a)(2) adopted therein, we find they fail to address *United States v. Vargas*, 74 M.J. 1 (C.A.A.F. 2014), and *United States v. Browers*, 20 M.J. 356 (C.M.A. 1985) as possible controlling or adverse authority. Appellate courts can and should require re-briefing to address deficiencies. *See Passmore v. Estell*, 607 F.2d 662, 664 (5th Cir. 1979), *cert. denied*, 446 U.S. 937 (1980). Accordingly, it is ordered that, within 10 days of the date of this Order, Appellant will file an amended brief addressing the deficiency noted. No extensions of time will be granted.

Appellee's brief, currently due on January 26, 2015, will instead be filed within 10 days of the filing of Appellant's amended brief. Any reply brief by Appellant will be filed within 5 days of the filing of Appellee's brief.

Friday, January 16, 2015

No. 15–0315/AR. U.S. v. Michael F. Stellato. CCA 20140453. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 4, 2015.

